**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Bahrid mclean 16AEC083

Plaintiff(s),

v.

Darcy Clark
Bronx supreme court
Rikers islands

Defendant(s).

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

OCT - 2 2019

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** 9:19-cv-1222(TJM/TWD)
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☞ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II.    PLAINTIFF(S) INFORMATION

Name: Bareid mclean.

Prisoner ID #: 16AG083

Place of detention: Attica correctional facility.

Address: 639 exchange street RD

Attica, NY 14011 - 9647

Indicate your confinement status when the alleged wrongdoing occurred:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1: Darrel Clark.
Name (Last, First)

District Attorney.
Job Title            265 E 161st street

Bronx supreme court
Work Address

Bronx supreme court        10451
City            State            Zip Code

Defendant No. 2: Bronx supreme courthouse
Name (Last, First)

Job Title

2

265 E 161 st Street
**Work Address**

Bronx                    NY              10451
**City**                 **State**       **Zip Code**

Defendant No. 3:    Rikers Island
                    **Name (Last, First)**

New York City Detection Centers
**Job Title**

13-18 Hazen Street
**Work Address**

Queens                  NY              11370
**City**                 **State**       **Zip Code**

Defendant No. 4:    _____
                    **Name (Last, First)**

_____
**Job Title**

_____
**Work Address**

_____
**City**                 **State**       **Zip Code**

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On May 20th, 2015 i baheid Mc/ran was arraigned at the bronx supreme court for possessing and knowingly make dangerous contraband in prison - 1st Degree. And on May 15th 2017 the charges were dismissed. Something that was only managed due to the fact that the courts did not pay attention to all the facts of the charges being brought against me. It caused me severe mental stress as well as panic attacks.

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

Bronx supreme court: violation of my 5th amendment right to due process, as well as my 8th amendment right to not indure cruel and unusal punishment and mental anguish.

## SECOND CLAIM

Darrel D. Clark: violation of my 5th amendment right to due process, as well as severe mental anguish and distress and malicious prosecution.

## THIRD CLAIM

Rikers Island: violation of my 8th amendment right to due process, mental anguish and distress.

VI.    **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

Five hundred thousand dollars

500,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-23-2019                         Bahsid McLean

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: David McLean          DIN: 16A4028

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 02 2019

RECEIVED

Lawrence K. Baterman, Clerk
United States district court
Federal building PoBox 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

NEOPOST
09/26/2019
US POSTAGE $000.80⁰
FIRST-CLASS MAIL
Legal
ZIP 14011
041M11284162

ATTICA CORR FACILITY

270z mail

85