UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bahsid McLean 16A5033
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

C.O. Clifton
Joseph Ponte
Hazel Jennings
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes ☐ No
(check one)

19 Civ. 10967 (CM)

RECEIVED FEB 24 2020 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name Bahsid McLean
ID# 16A5033
Current Institution Mid-State Correctional Facility
Address P.O. Box 2500, Marcy, New York, 13403

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Joseph Ponte                              Shield #_____
Where Currently Employed Department of corrections NYC
Address 75-20 Astoria Blvd. east Elmhurst, NY
NY, 11370

*Rev. 01/2010*                                    1

Defendant No. 2    Name C.O. Clifton_____ Shield #_____
                   Where Currently Employed Rikers island detention center
                   Address Department of corrections NYC. 75-20 Astoria blvd
                   East Elmhurst, NY, NY 11370.

Defendant No. 3    Name Hazel Jennings_____ Shield #_____
                   Where Currently Employed Rikers island detention centers
                   Address Department of corrections NYC. 75-20
                   Astoria blvd. East Elmhurst NY, NY 11370.

[Who did what?]

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     Rikers island detention center.

B.   Where in the institution did the events giving rise to your claim(s) occur?
     C-95 AMKC.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     May 20th, 2015.

D.   Facts: C.O. Clifton searched my cell while i was at "sick call" and
[What happened to you?]
alledged that she found a prison made weapon. On may, 2015 i
was arraigned in bronx supreme court for possessing and knowingly
making dangerous contraband in prison, charges that were later dismissed

Rev. 01/2010                                  2

due to the fact that the courts were not presented with a proper case due to the defendants failure to properly investigate the allegation and in turn preserve my due process rights and preventing me from being maliciously prosecuted and also being falsely arrested. A proper investigation would have been to provide finger prints or DNA on the alleged weapon. As well as prevented me from experienceing mental anguishes due to the stress another criminal case while i was already on trial for something that had caused. Joseph Ponte being the commissioner for rikers island detention center failed to ensure that this plaintiffs constitutional rights were not being violated, and his employees were [not acting] in unorthodox ways and Hazel Jennings as Dept of security failed to ensure the proper procedures were followed before formally arresting this plaintiff on false charges that were later dismissed in favor of this plaintiffs

> *Was anyone else involved?*

> *Who else saw what happened?*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I sustained mental distress, stress and had trouble sleeping because i was so worried.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

*Rev. 01/2010*                          3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

C-95 AMKC 18-18 hazen St East Elmhurst, NY, NY, 11376

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?

_____

2. What was the result, if any?

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
Because the case went to Bronx Supreme court so rikers Island no longer had any jurisdiction.

*Rev. 01/2010*  4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Two Hundred Thousand dollars. For my due Process right being violated because of the defendants failure to properly investigate, Mental anguish caused by lack of sleep and the stress having another criminal case brought me, Malicious Prosecution and False arrest.

*Rev. 01/2010*                                5

_____
_____
_____

| | VI. | **Previous lawsuits:** |
|---|---|---|
| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?<br><br>Yes ____   No ✗ |
| | B. | If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.) |

  1. Parties to the previous lawsuit:

  Plaintiff _____
  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____
  _____
  _____3. Docket or Index number _____
  _____4. Name of Judge assigned to your case_____
         5. Approximate date of filing lawsuit _____
         6. Is the case still pending? Yes ____ No ____
            If NO, give the approximate date of disposition_____
         7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____
  _____

| On other claims | C. | Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?<br><br>Yes ✗   No ____ |
|---|---|---|
| | D. | If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.) |

  1. Parties to the previous lawsuit:

  Plaintiff Bahsid McLean 16A5033
  Defendants The State of New York

  2. Court (if federal court, name the district; if state court, name the county) Wyoming County
  _____3. Docket or Index number 130663
  _____4. Name of Judge assigned to your case Unknown
         5. Approximate date of filing lawsuit 12-19-2018

Rev. 01/2010                                                   6

6. Is the case still pending? Yes ✓ No ___
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of February, 2020

       Signature of Plaintiff   Bahsid McLean
       Inmate Number   16A5033
       Institution Address   Mid-State Correctional Facility
       P.O. box 216, Marcy, NY 13403

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 14th day of February, 2020 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

       Signature of Plaintiff: _____

*Rev. 01/2010*          7

