

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHID MCLEAN,

        Plaintiff,

-against-

C.O. CLIFTON, et al.,

        Defendants.

19-CV-10967 (PAE) (BCM)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for an initial case management conference, via teleconference, in accordance with Fed. R. Civ. P. 16 on **August 3, 2020 at 10:00 a.m.**

    It is hereby **ORDERED** that the Warden or other official in charge of the Auburn Correctional Facility, produce plaintiff Bashid McLean, Prison ID No. 16-A-5033, on **August 3, 2020, at 9:50 a.m.**, to a suitable location within the Auburn Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Kevin Snell at (212) 805-0228.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Auburn Correctional Facility to arrange the call and ensure that plaintiff will be able to dial-in to the below dial-in number at the above time and date; and (3) telephone chambers using the following dial-in information on **August 3, 2020, at 10:00 a.m.**:

    Call in number:    888-557-8511
    Access Code:    7746387

    **If due to COVID-19 restrictions or other factors, plaintiff's telephonic attendance at the August 3 conference cannot be arranged, defendant's counsel is directed to inform the Court at least three business days prior to the conference by filing a status update letter on ECF.**

    A copy of this Order will be mailed to plaintiff by chambers.

Dated: New York, New York
       July 1, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**