

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **WILLIAM THOMAS GOSLING**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2384<br>fax: (212) 356-3509<br>wgosling@law.nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/15/2020

July 14, 2020

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Square
New York, New York 10007



Re:  <u>Bahsid McLean v. Correction Officer Clifton, et al.</u>, 19 Civ. 10967 (PAE) (BCM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants Ponte and Jennings in the above-referenced matter. In that capacity, I write to respectfully request an adjournment of the Initial Case Management Conference currently scheduled for August 3, 2020 at 10:00 a.m. to August 4, 2020 at 10:00 a.m., or a date and time convenient for the Court. This is the first request for an adjournment of the August 3rd conference.

      Upon contacting the Auburn Correctional Facility to arrange for plaintiff's production for the conference, the undersigned was informed that the August 3rd date set by the Court creates a scheduling conflict for the facility and thus, they are unable to produce plaintiff on that date. The facility further informed the undersigned that presently, plaintiff can be produced for a conference on August 4, 2020 at 10:00 a.m.[1]

      In view of the foregoing, it is respectfully requested that the Court adjourn the initial conference currently scheduled for August 3, 2020 at 10:00 a.m., to August 4, 2020 at 10:00 a.m., or a date and time convenient for the Court.

---

[1] The facility also informed the undersigned that plaintiff would be unable to be produced on the afternoon of August 4, 2020, August 6, 2020, and August 25, 2020. Please also take notice that the undersigned was informed to first contact the facility before calling the Court for the scheduled conference as plaintiff's facility only permits incoming calls.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

*William Thomas Gosling* /S

William Thomas Gosling
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  Bahsid Mclean
16-A-5033
*Plaintiff Pro Se*
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024

Application GRANTED. The Initial Case Management Conference currently scheduled for August 3, 2020 at 10:00 a.m. is hereby ADJOURNED to **August 4, 2020 at 10:00 a.m.** All other requirements of the Court's July 1, 2020 Order (Dkt. No. 27) are still in effect and defendants' counsel shall send this Order to the Warden or other official in charge of the Auburn Correctional Facility immediately. The dial-in information remains the same. (*See* Dkt. No. 27.) SO ORDERED.

Barbara Moses, U.S.M.J.
July 15, 2020