UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT -5 2020
PRO SE OFFICE

___Bahsid McLean___
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Second Amended
COMPLAINT
(Prisoner)

___C.O. Samantha Brown___
___Frank Scott, Hazel Jennings___
___Captain Fredrick, Joseph Ponte___

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Bahsid / B / McLean
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Bahsid McLean 16A5033   NYSID Number 93605335P
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Bahsid McLean 16A5033 NYSID 93605335P
Current Place of Detention

Auburn Correctional Facility
Institutional Address

Auburn / New York
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Samantha Brown
First Name / Last Name / Shield #

Current Job Title (or other identifying information)
Rikers Island City Jail 18-18 hazen St 11370
Current Work Address
Queens / New York / 11370
County, City / State / Zip Code

Defendant 2: Scott Frank
First Name / Last Name / Shield #

Current Job Title (or other identifying information)
Rikers Island City Jail 18-18 hazen St 11370
Current Work Address
Queens / New York / 11370
County, City / State / Zip Code

Defendant 3: Captain Brown 1387
First Name / Last Name / Shield #

Captain
Current Job Title (or other identifying information)
Rikers Island 18-18 hazen St 11370
Current Work Address
Queens / New York / 11370
County, City / State / Zip Code

Defendant 4: Joseph Ponte
First Name / Last Name / Shield #

Commissioner for Rikers Island
Current Job Title (or other identifying information)
Rikers Island Detention Center
Current Work Address
Queens / New York / 11370
County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Rikers Island AMKC

Date(s) of occurrence: February, 25, 2015

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On October, 16, 2014 Officer Samantha Brown searched my cell claiming to have found three sharpened pieces of plastic in my mattress but bypassed all prodocols put into place, the hole in the mattress that Samantha Brown claimed to have seen was not documented before the hole was ripped open, the alledged photographic evidence of these items are too grainy to see properly, Samantha Brown turned over the alledged items but they were not vouchered. The handheld camera that was claimed to have documented the actions of C.O. Samantha Brown was apparently not preserved and the chain of custody of the alledged items can not be found because the two officers who were alledged to have handled the contraband are nolonger employed by the department of corrections. Captain Fredrick did not take the proper procausions to secure this alledged contraband, the alledged video or the chain of command documentation. The arresting officer Scott Frank did not seek the proper evidence or documention before

Defendant 5:

Hazel / Jennings
First name / Last name

Chief of security
Current Job title

Rikers Island 18-18 hazen st 11370

Queens / New york / 11370
county, city / state / zip code

carrying out my arrests as chief of security hazel jennings had a duty to secure the evidence before any charges were filed and i was arrested.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental anguish

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$50,000.00 Dollars

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4-30-2020
Dated

Plaintiff's Signature

Bonsid              B              McLean
First Name    Middle Initial    Last Name

Auburn Correctional Facility
Prison Address

Auburn              New York              13024
County, City        State                 Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 4-30-2020

Bahsid McLean 16A5033
Auburn Correctional Facility
PO Box 618
Auburn, New York 13024





RECEIVED
OCT -5 2020
PRO SE OFFICE





Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street room 230
New York, NY, 10007