UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BASHID MCLEAN,

                Plaintiff,

-against-

HAZEL JENNINGS, et al.,

                Defendants.

19-CV-10967 (PAE) (BCM)

**ORDER OF SERVICE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Samantha Brown, Frank Scott, Captain Brown (Shield #1387), and Captain Frederick waive service of summons.

Dated:  New York, New York
         October 21, 2020

                            **SO ORDERED**.

                            **BARBARA MOSES**
                            **United States Magistrate Judge**