```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHID MCLEAN,

                Plaintiff,

-against-

HAZEL JENNINGS, et al.,

                Defendants.

19-CV-10967 (PAE) (BCM)

ORDER OF SERVICE

BARBARA MOSES, United States Magistrate Judge:

    By order dated January 7, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. To allow Plaintiff to effect service on defendant Samantha Brown through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for defendant Brown. The service address for defendant Brown will be provided to the Clerk of Court and Marshals *ex parte*. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon defendant Brown.

    It is plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

Dated:  December 16, 2020
          New York, New York

                                                  BARBARA MOSES
                                            United States Magistrate Judge