```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHID MCLEAN,

                Plaintiff,

-against-

HAZEL JENNINGS, et al.,

                Defendants.

19-CV-10967 (PAE) (BCM)

**ORDER OF SERVICE**

**BARBARA MOSES, United States Magistrate Judge.**

1. <u>Service</u>. The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department (Law Department) of this order. The Court requests that Scott Frank, who the Law Department have identified as a Correction Officer at the New York City Department of Correction (*see* Dkt. No. 58), waive service of summons.

2. <u>Extension</u>. The Law Department's letter-motion for an extension of time to identify Captain Brown (Dkt. No. 58) is hereby GRANTED. The Law Department shall file a letter no later than **February 10, 2021**, updating the Court on its efforts to identify Captain Brown, including confirming whether or not Captain Brown is defendant Samantha Brown, who the Marshal Service is already in the process of serving.

The Court respectfully directs the Clerk of Court to close Dkt. No. 58, mail a copy of this order to plaintiff, and note service on the docket.

Dated: New York, New York
       January 14, 2021

SO ORDERED.

_(signature)_

**BARBARA MOSES**
**United States Magistrate Judge**