UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BAHSID MCLEAN,

                            Plaintiff,                        19 **CIVIL** 10967 (PAE) (BCM)

         -against-                               **JUDGMENT**

HAZEL JENNINGS et al.,

                          Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 8, 2022, the Court grants the motion and recommending that the Court dismiss the case with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          February 8, 2022

                                                     **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**
                                       **BY:**
                                                        **Deputy Clerk**